IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————
No. 96-40491
Summary Calendar
———————————

RONALD MARK HOLLOWAY,

                                   Petitioner-Appellant,

v.

GARY L. JOHNSON, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

                                   Respondent-Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Texas
(6:94-CV-701)
_____
December 13, 1996
Before KING, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Ronald Holloway, Texas prisoner #536125, appeals from the

denial of his petition for a writ of habeas corpus pursuant to 28

U.S.C. § 2254.  We have reviewed the record and the briefs of the

parties and find no reversible error.  Holloway's challenges to

the sufficiency of the evidence and to the trial court's

evidentiary rulings are without merit.  See Jackson v. Virginia,

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

443 U.S. 307, 319 (1979); <u>Cupit v. Whitley</u>, 28 F.3d 532, 536-37 (5th Cir. 1994).

AFFIRMED.